441 F.2d 658
 Raudel ORTEGA-MOHARO, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, George K. Rosenberg,
Director, Respondent.
 No. 26580.
 United States Court of Appeals, Ninth Circuit.
 May 11, 1971.
 
 David C. Marcus (argued), Los Angeles, Cal., for petitioner.
 James R. Dooley (argued), Asst. U.S. Atty., Robert L. Meyer, U.S. Atty., Los Angeles, Cal., Stephen M. Suffin, Atty., of INS, San Francisco, Cal., Joseph Sureck, Regional Counsel of INS, San Pedro, Cal., John N. Mitchell, Atty. Gen. of U.S., Washington, D.C., for respondent.
 Before CHAMBERS and HUFSTEDLER, Circuit Judges, and KELLEHER, District judge.
 PER CURIAM:
 
 
 1
 The order of deportation is affirmed.
 
 
 2
 Petitioner asserts he was illegally arrested and, therefore, as an alien he can't be deported.
 
 
 3
 In principle, the case is not unlike the theory of Ramirez et al. v. Lozoya, 9 Cir., 253 F.2d 85, cert. denied, 357 U.S. 941, 78 S.Ct. 1391, 2 L.Ed.2d 1554.
 
 
 4
 ---------------
 
 
 
 1 The Honorable Robert J. Kelleher, United States District Judge for the Central District of California, sitting by designation.